U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
FILED
2007 AUG 31 PM 1:50
LORETTA G. WHYTE
CLERK

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **BRUCE WAYNE EVERETT** | * | **CIVIL ACTION** |
| | * | **NUMBER** 07-5302 |
| **VERSUS** | | |
| | * | **SECTION** SECT. L MAG. 2 |
| **ATLANTIC SOUNDING CO., INC. AND WEEKS MARINE, INC.** | * | **MAGISTRATE-JUDGE** |

**Filed** ______________________ **Deputy Clerk** ______________________

## COMPLAINT FOR DAMAGES

The complaint of Bruce Wayne Everett, a resident of the lawful age of majority of the state of Mississippi, with respect represents that:

**I.**

Made defendants herein are Atlantic Sounding Co., Inc. and Weeks Marine, Inc.

**II.**

The jurisdiction of this court is invoked under 28 U.S.C. §1331 in that petitioner's claims arise under 46 U.S.C. §30101, commonly known as the "Jones Act". Further, venue is proper in this court based on 46 U.S.C. §30104(b) in that defendants' principal office in this state is located within the geographical boundaries of this court.

**III.**

At all material times herein, Atlantic Sounding Co., Inc. and/or Weeks Marine, Inc. were the owners of a drilling vessel (hereinafter sometimes referred to as "the vessel") operating in the navigable waterways of Louisiana.

____ Fee $350.00
____ Process
_X_ Dktd
____ CtRmDep
____ Doc. No.

**IV.**

At all material times herein, petitioner was employed by Atlantic Sounding Co., Inc. and/or Weeks Marine, Inc. and assigned to work aboard the vessel.

**V.**

At all material times herein, petitioner was a seaman and a member of the crew of the vessel.

**VI.**

On or about August 5, 2007, petitioner was performing his usual duties aboard the vessel when he sustained injuries as a result of a defect or vice in the condition of the vessel and/or the negligence of defendants and their agents, representatives and employees.

**VII.**

The accident and injuries to petitioner were caused by the acts and/or omissions of Atlantic Sounding Co., Inc. and/or Weeks Marine, Inc. in the following non-exclusive particulars:

a. Failure to provide a safe place to work;

b. Failure to provide a seaworthy vessel;

c. Failure to warn of unsafe and/or unseaworthy conditions;

d. Failure to provide an adequate and/properly trained crew;

e. Failure to train and supervise its employees, agents and representatives;

f. Failure to follow applicable safety guidelines and regulations;

g. Other acts and/or omissions which may be shown at trial on this matter;

**VIII.**

Petitioner itemizes his past, present and future damages to include but not be limited to the following:

a. Medical Expenses;

b. Loss of earnings and impaired earning capacity;

c. Physical pain and suffering;

d. Mental anguish and emotional trauma;

e. Disability,

f. Scarring and disfigurement;

g. Loss of enjoyment of life;

h. Other damages provided by law or which may be shown at trial of this matter.

**IX.**

Since the date of the incident and injuries to petitioner, counsel for petitioner has provided medical reports to defendants indicating that petitioner is in need of medical treatment and diagnostic testing; however, defendants have arbitrarily, capriciously and without any probably cause refused to provide maintenance and cure to petitioner.

**X.**

As a result of the refusal of defendants to provide maintenance and cure, petitioner has sustained damages and is further entitled to punitive damages and attorneys' fees.

**XI.**

Petitioner elects trial by jury as to all issues.

**WHEREFORE** petitioner, Bruce Wayne Smith, prays that his Complaint for Damages be deemed good and sufficient and that, after due proceedings had, there be judgment herein in

his favor and against defendants, Atlantic Sounding Co., Inc. and Weeks Marine, Inc., jointly, severally and in solido, for damages in an amount reasonable in the premises, maintenance, cure, punitive damages, attorneys' fees and any other relief which may be available under the law or in equity together with all costs of these proceedings plus legal interest on all amounts awarded from date of judicial demand until paid;

**PRAYS FURTHER** for trial by jury;

**PRAYS FURTHER** for any and all other relief available;

Respectfully submitted:

**BATEMAN LAW FIRM**

David L. Bateman (LSBA No. 18781)
6010 Perkins Road, Suite A
Baton Rouge, LA 70808
(225) 766-8484 Telephone
(225) 766-8494 Facsimile